IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff, | MEMORANDUM DECISION AND ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO COMPLETE EVALUATION |
| vs. | |
| GUY ALMA REAM,<br><br>    Defendant. | Case No. 2:10-CR-688 TS |

This matter is before the Court on a request from the Warden of the Federal Detention Center Seattle, Washington, for an extension of the period of time for study to determine Defendant's mental competency. On November 1, 2010, the Court ordered a pretrial psychological examination pursuant to 18 U.S.C. § 4241. Defendant arrived at the facility on November 17, 2010.

Having reviewed the file and being otherwise fully informed, the Court finds that there is good cause that the additional time is necessary to observe and evaluate the Defendant. It is therefore

ORDERED that the Warden's Request for an extension of the period of time for study to determine Defendant's mental competency is GRANTED and the study period will end no later than January 1, 2011 with the final report being submitted no later than January 19, 2011.

DATED this 2nd day of December, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge