IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUY ALMA REAM,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR AN ACQUITTAL<br><br><br><br>Case No. 2:10-CR-688 TS |

Defendant, acting pro se, filed a Motion for Judgment of Acquittal. The Motion raises issues of vindictive prosecution, lack of subject matter jurisdiction, and double jeopardy. Those issues were previously raised in Motions recently denied by this Court. At a recent status conference, the government indicated that it would not file a response and submitted the Motion on the record.

For the reasons stated in its prior Order denying his Motions to Dismiss and Motion in Limine, the Court will deny the present Motion for Acquittal.

The Motion also addresses the matters pending before the Magistrate Judge regarding pretrial release such as flight risk. The issues raised regarding pretrial detention are properly before the Magistrate Judge and, therefore, the Court will deny the Motion as

1

to those issues with the understanding that they are before the Magistrate Judge. It is therefore

ORDERED that Defendant's Motion for Judgment of Acquittal (Docket No. 72) is DENIED.

DATED   June 28, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge